THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON et al., appellants,

*v.*

THE CENTRAL RAILROAD COMPANY OF NEW JERSEY et al., respondents.

[Argued November 27th, 28th, 1905.   Decided March 4th, 1907.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *68 N. J. Eq. 500.*

*Mr. John Griffin,* for the appellants.

*Mr. George Holmes* and *Mr. James Benny,* for the respondents.

PER CURIAM.

The decree appealed from in the above-stated cause is affirmed, for the reasons stated in the opinion of Vice-Chancellor Garrison, filed in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.